**CLOSED**

**FILED**
AUG 16 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLENE CHALUT,

    Plaintiff,

-vs-

HUNTER FAN COMPANY, a Delaware corporation,

    Defendant.

CASE NO.:05-72918
HON. AVERN COHN

**RECEIVED**
AUG 12 2005
CLERK'S OFFICE DETROIT-PSG
U.S. DISTRICT COURT

---

| Robert L. Blamer (P 32425) | Nicole K. Nugent (P 60246) |
| Attorney for Plaintiff | Attorney for Hunter Fan Company |
| 4500 East Court Street | 1000 Maccabees Center |
| Burton, Michigan 48509 | 25800 Northwestern Highway |
| (810) 743-4363 | P. O. Box 222 |
| | Southfield, Michigan 48037-0222 |
| | (248) 746-0700 |

---

### ORDER FOR LIMITATION OF DAMAGES EXCLUSIVE OF INTEREST AND COSTS AND FOR TRANSFER TO WAYNE COUNTY CIRCUIT COURT

At a session of said Court, held in the
United States District Courthouse for the Eastern District of Michigan

PRESENT: _____
U.S. DISTRICT COURT JUDGE

Upon reading the above set forth Stipulation entered into between counsel for Plaintiff and counsel for Defendant, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that the damages sought by the Plaintiff in this matter are capped and are not to exceed $75,000 exclusive of interest

-3-

and costs. This cap on damages extends to this action or all other actions brought by the Plaintiff against Hunter Fan Company or any of its divisions or subsidiaries.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter is transferred back to Wayne County Circuit Court, Case No. 05-510544-NP.

_____
U.S. DISTRICT COURT JUDGE

PREPARED BY:

_____
NICOLE K. NUGENT (P60218)
Attorney for Defendant

SULLIVAN, WARD, ASHER & PATTON, P.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG 16 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

DARLENE CHALUT,

    Plaintiff,

-vs-

HUNTER FAN COMPANY, a Delaware corporation,

    Defendant.

CASE NO.:05-72918
HON. AVERN COHN

RECEIVED
AUG 12 2005
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

=====================================================================

| | |
|---|---|
| Robert L. Blamer (P 32425)<br>Attorney for Plaintiff<br>4500 East Court Street<br>Burton, Michigan 48509<br>(810) 743-4363 | Nicole K. Nugent (P 60218)<br>Attorney for Hunter Fan Company<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>P. O. Box 222<br>Southfield, Michigan 48037-0222<br>(248) 746-0700 |

=====================================================================

### STIPULATION FOR LIMITATION OF
### DAMAGES EXCLUSIVE OF INTEREST AND COSTS AND FOR TRANSFER TO
### WAYNE COUNTY CIRCUIT COURT

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendant that there shall be a cap of the amount of damages sought by the Plaintiff in this matter and that amount shall not exceed $75,000 exclusive of interest and costs. This cap on damages extends to this action or all other actions brought by the Plaintiff against Hunter Fan Company or any of its divisions or subsidiaries. This cap further removes this case from the jurisdiction of the United States District Court Eastern District of Michigan – Southern Division.

_____  
ROBERT L. BLAMER (P32425)  
Attorney for Plaintiff  
(810) 743-4363

_____  
NICOLE K. NUGENT (P60218)  
Attorney for Defendant  
(248) 746-0700