**CLOSED**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

DARLENE CHALUT,

     Plaintiff,

CASE NO.:05-72918
HON. AVERN COHN

-vs-

HUNTER FAN COMPANY, a Delaware
corporation,

RECEIVED

AUG 1 2 2005

     Defendant.

CLERK'S OFFICE DETROIT-PSG
U.S. DISTRICT COURT

================================================================

Robert L. Blamer (P 32425)
Attorney for Plaintiff
4500 East Court Street
Burton, Michigan 48509
(810) 743-4363

Nicole K. Nugent (P 61296)
Attorney for Hunter Fan Company
1000 Maccabees Center
25800 Northwestern Highway
P. O. Box 222
Southfield, Michigan 48037-0222
(248) 746-0700

================================================================

SULLIVAN, WARD, ASHER & PATTON, P.C.

### ORDER FOR LIMITATION OF
### DAMAGES EXCLUSIVE OF INTEREST AND COSTS AND FOR TRANSFER TO
### WAYNE COUNTY CIRCUIT COURT

At a session of said Court, held in the
United States District Courthouse for the Eastern District of Michigan

_____

PRESENT:   _____

U.S. DISTRICT COURT JUDGE

Upon reading the above set forth Stipulation entered into between counsel for

Plaintiff and counsel for Defendant, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that the damages sought by the

Plaintiff in this matter are capped and are not to exceed $75,000 exclusive of interest

and costs.  This cap on damages extends to this action or all other actions brought by the Plaintiff against Hunter Fan Company or any of its divisions or subsidiaries.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter is transferred back to Wayne County Circuit Court, Case No. 05-510544-NP.

U.S. DISTRICT COURT JUDGE

PREPARED BY:

NICOLE K. NUGENT (P60218)
Attorney for Defendant

SULLIVAN, WARD, ASHER & PATTON, P.C.

-4-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

AUG 1 6 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

DARLENE CHALUT,

     Plaintiff,

-vs-

HUNTER FAN COMPANY, a Delaware
corporation,

     Defendant.

CASE NO.:05-72918
HON. AVERN COHN

RECEIVED

AUG 1 2 2005

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

========================================================

| | |
|---|---|
| Robert L. Blamer (P 32425) | Nicole K. Nugent (P 60218) |
| Attorney for Plaintiff | Attorney for Hunter Fan Company |
| 4500 East Court Street | 1000 Maccabees Center |
| Burton, Michigan 48509 | 25800 Northwestern Highway |
| (810) 743-4363 | P. O. Box 222 |
| | Southfield, Michigan 48037-0222 |
| | (248) 746-0700 |

========================================================

**STIPULATION FOR LIMITATION OF
DAMAGES EXCLUSIVE OF INTEREST AND COSTS AND FOR TRANSFER TO
WAYNE COUNTY CIRCUIT COURT**

     **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Plaintiff and counsel for Defendant that there shall be a cap of the amount of damages

sought by the Plaintiff in this matter and that amount shall not exceed $75,000

exclusive of interest and costs. This cap on damages extends to this action or all

other actions brought by the Plaintiff against Hunter Fan Company or any of its

divisions or subsidiaries. This cap further removes this case from the jurisdiction of

the United States District Court Eastern District of Michigan – Southern Division.

SULLIVAN, WARD, ASHER & PATTON, P.C.

ROBERT L. BLAMER (P32425)
Attorney for Plaintiff
(810) 743-4363

NICOLE K. NUGENT (P60218)
Attorney for Defendant
(248) 746-0700

SULLIVAN, WARD, ASHER & PATTON, P.C.

-2-